FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                        DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENDY PARKER,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. CV 09-07008 AN<br><br>JUDGMENT OF REMAND |

**IT IS ADJUDGED** that, in accordance with the Court of Appeals for the Ninth Circuit's opinion of March 29, 2012, this action is remanded to "the Secretary for further explanation of its holding."

DATED: July 5, 2012

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE